| AUSA: | Nhan Ho | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Ryan Thick | Telephone: | (313) 234-3500 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Steven MARCHBANKS

Case No. Case: 2:24−mj−30284
Assigned To : Unassigned
Assign. Date : 7/23/2024
USA V. MARCHBANKS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Ryan Thick - ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 23, 2024

*Judge's signature*

City and state: Detroit, Michigan

Honorable Robert J. White, U.S.Distict Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Ryan Thick, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with ATF since November of 2022. I am currently assigned to the ATF Detroit Field Office.

2. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I underwent ATF special agent basic and criminal investigator training at the Federal Law Enforcement Training Center.

3. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses.

4. I make this affidavit from personal knowledge based on my participation in this investigation, as well as communications with others who have personal knowledge of the events and circumstances described herein, and my review of reports by myself and/or other law enforcement agents, as well as information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

## PROBABLE CAUSE

5.     On July 23, 2024, the ATF executed federal search warrants at Steven MARCHBANKS' residence, located at XXXXX Mayfair Street, Flat Rock, MI 48134. MARCHBANKS was present at the location with another adult male and a minor.

6.     When officers searched MARCHBANKS's residence, they initially located, inside a closet off of the kitchen, one (1) Taurus, model Millennium PT-140 Pro, .40 caliber pistol equipped with an empty magazine, and inside a closet of MARCHBANK's bedroom located upstairs, a box containing fourteen (14) rounds of .380 ammunition.

7.     In a post-Miranda interview, MARCHBANKS indicated that the Taurus gun was his. When asked about firearms in the house, MARCHBANKS also told the agents about another gun behind the fridge in the kitchen.

8.     Upon searching further, officers located one (1) Ruger, model Security-380 (3855), .380 caliber pistol with a loaded magazine behind the fridge in the kitchen. Officers also located sixty-four (64) rounds of assorted .22 long rifle ammunition in MARCHBANKS's bedroom.

9.     I reviewed a criminal history check for MARCHBANKS. This check revealed MARCHBANKS has several felony convictions, including:

- 1985- 3rd Circuit Court, Wayne County, Michigan: Felony- Assault with Intent to do Great Bodily Harm Less than Murder or by Strangulation. MARCHBANKS was sentenced to 4-10 years' imprisonment.

- 1991- 3rd Circuit Court, Wayne County, Michigan: Felony- Controlled Substance- Delivery/ Manufacture Cocaine, Heroin, or another Narcotic less than 50 grams. MARCHBANKS was sentenced to probation.

- 1998- 3rd Circuit Court, Wayne County, Michigan: Felony- Controlled Substance- Delivery/ Manufacture Cocaine, Heroin, or another Narcotic less than 50 grams. MARCHBANKS was sentenced to 1 to 20 years' imprisonment.

- 1999-Hillsborough County Court, Tampa, Florida: Felony-Battery on Law Enforcement Officer, and Felony-Obstruct Oppose Officer with Violence. MARCHBANKS was sentenced to over 1 year's imprisonment.

- 2018-3rd Circuit Court Wayne County: Felony- Home Invasion-2nd Degree. Steven MARCHBANKS was sentenced to 2 years' probation.

10. Because Steven MARCHBANKS has been convicted of multiple felony offenses and served more than a year in prison for several of these convictions, there is probable cause to believe that MARCHBANKS is aware of his status as a convicted felon and that he is prohibited from possess firearms and ammunitions.

3

11. I consulted with ATF Nexus Agent Special Agent Michael Jacobs, who made a preliminary opinion, based on the located firearms' physical descriptions, that they were not manufactured in the State of Michigan and therefore previously traveled in interstate or foreign commerce.

## CONCLUSION

12. Probable cause exists that on July 23, 2024, in the Eastern District of Michigan, Steven MARCHBANKS, a convicted felon, knowingly possessed two (2) firearms—specifically, one (1) Taurus, model Millennium PT-140 Pro, .40 caliber pistol and one (1) Ruger, model Security-380, .380 caliber pistol—which have previously travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully Submitted,

*Ryan Thick*

Ryan Thick, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Robert J. White*

Hon. Robert J. White
United States District Judge

Dated: July 23, 2024

4